**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03292-BNB

JAMES SIDNEY TRIGGS,

    Applicant,

v.

THE STATE OF COLORADO, LARIMER COUNTY, and
JOHN W. SUTHERS #8492 THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 6, 2014, Plaintiff filed a Motion for Extension of Time (ECF No. 13), requesting an extension of time to file a reply to the Pre-Answer Response filed on December 23, 2013.  The Court grants Plaintiff's Motion (ECF No. 13) and gives Plaintiff up to and including February 3, 2014, to file his Reply.

    Plaintiff also filed a Motion to Amend (ECF No. 12), seeking permission to amend the § 2254 Application to add Warden Lou Archuleta as a Respondent to the action. The Court grants Plaintiff's Motion to Amend (ECF No. 12).

Dated:  January 8, 2014