IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03292-BNB

JAMES SIDNEY TRIGGS,

    Applicant,

v.

LOU ARCHULETA, Warden, Fremont Correctional Facility,
STATE OF COLORADO,
LARIMER COUNTY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. James Sidney Triggs***, Larimer County District Court Case No. 04CR1945, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Larimer County District Court

    201 La Porte Ave., Suite 100
    Fort Collins, Colorado 80521-2761

(2) Court Services Manager
   State Court Administrator's Office
   1300 Broadway
   Denver, Colorado  80203.

DATED February 24, 2014, at Denver, Colorado.

          BY THE COURT:

           s/ Boyd N. Boland
          United States Magistrate Judge