# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  13-cv-03292-REB

JAMES SIDNEY TRIGGS,

    Applicant,

v.

LOU ARCHULETA, Warden, Fremont Correctional Facility,
STATE OF COLORADO,
LARIMER COUNTY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

## ORDER TO SHOW CAUSE AND TO ANSWER WITHIN THREE DAYS

**Blackburn, J.**

After preliminary consideration of the application for writ of habeas corpus filed under 28 U.S.C. § 2254, the court finds that an answer from the respondents is necessary.  Title 28 U.S.C. § 2243 provides that an answer to a petition for a writ of habeas corpus "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."  Absent a showing of good cause, an answer to the application shall be due within three days of the date of this order. Thus, the respondents' answer shall be due on or before Monday, March 3, 2014.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the respondents shall file an answer to the Application [#1] by March 3,

---

[1] *See* FED. R. CIV. P.  6 (a)(1)(C).

2014[2];

    2. That the respondents' answer shall conform to the requirements of Rule 5(b), (c), and (d) of the Rules Governing Section 2254 Cases in the United States District Courts; and

    3. That the petitioner may submit a reply to the respondents' answer within 14 days of its filing.

    Dated February 26, 2014, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] *See* FED. R. CIV. P. 6 (a)(4), which defines "Last Day," and (a)(5), which defines "Next Day."