# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03292-REB

JAMES SIDNEY TRIGGS,

    Petitioner,

v.

STATE OF COLORADO,
LARIMER COUNTY,
JOHN SUTHERS, the Attorney General of the State of Colorado, and
LOU ARCHULETA, Warden, Fremont Correctional Facility,

    Respondents.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order on Application for a Writ of Habeas Corpus of Judge Robert E. Blackburn entered on May 19, 2014 it is

    ORDERED that the *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254 [# 1], filed December 5, 2013, by Applicant, James Sidney Triggs, is Denied; and it is further

    ORDERED this case is Dismissed with Prejudice and that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c). It is further

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is further

    ORDERED that Respondents shall have their costs, by the filing of a Bill of Costs, pursuant to the procedures set forth in Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day of May, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

        By:  s/   K Lyons

                    K Lyons
                    Deputy Clerk